BEFORE THE SECOND DIVISION, AUGUST 19, 1959

No. 63301.—Trans Atlantic Co. *v.* United States, protest 58/4177 (Charleston).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of butt hinges, imported with wood screws of steel, the hinges measuring 3 inches by 3 inches or 3½ inches by 3½ inches, being packed 2 hinges and 12 screws to a box (12 screws for each pair of hinges), and the hinges, size 4 inches by 4 inches, being packed 2 hinges and 16 screws to a box (16 screws for each pair of hinges), of the same kind in all material respects as the merchandise the subject of *Trans Atlantic Company* v. *United States* (35 Cust. Ct. 1, C.D. 1712). Upon the agreed statement of facts and following the cited author-

ity, the claim of the plaintiff was sustained, the value of the screws being held as follows, as stipulated by counsel:

| Screw size | Unit value U.S. dollars per 1,000 screws |
|---|---|
| ¾ #8 or ⅞ #8 | $1. 21 |
| 1 #9 | $1. 48 |
| 1 #10 | $1. 64 |

which values were included in the value of the screws and hinges, as invoiced and appraised.